

*Certified Trial Attorneys*

15 WARREN STREET, PH WEST
HACKENSACK, NJ 07601
TEL: (201) 464-5155
FAX: (201) 343-4335
———
505 MORRIS AVENUE
SPRINGFIELD, NJ 07081
TEL: (973) 379-4200
FAX: (973) 379-7872
www.lawjw.com
*Reply to Hackensack Office*

**Francisco J. Rodriguez**
Partner

Certified by the Supreme Court of
New Jersey as a Civil Trial
Attorney

Admitted in N.J. & N.Y.

Thursday, September 1, 2022

Hon. Freda L. Wolfson, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building
402 East State Street, Room 6050
Trenton, NJ 08608

    **Re:**    **Fiore, John v. Andover Subacute II**
            **Docket No. 3:22-cv-04474-FLW-DEA**
            **Our File No.: 20-000767**

Dear Judge Wolfson:

    In connection with the above-referenced nursing home malpractice/wrongful death matter, I represent the Plaintiff.

    Presently before Your Honor is a Motion to Dismiss filed by counsel for Defendants, returnable on September 19, 2022, and a Motion for Remand to state court filed by the undersigned, returnable for September 16, 2022.

    Plaintiff respectfully requests that the Motion to Dismiss be stayed pending resolution of the Motion for Remand. It is Plaintiff's position that Defendant's Motion to

Dismiss would be rendered moot if the Court grants Plaintiff's Motion for Remand. Defendants could then refile their Motion to Dismiss in state court.

I contacted Malinda Miller, Esq., counsel for Defendants yesterday to request her agreement and consent to staying the Motion to Dismiss. Ms. Miller advised that she would reach out to her client to obtain consent. In the meantime, Plaintiff's Opposition to the Motion to Dismiss would be due Tuesday, September 6, 2022.

Thanking Your Honor for your time and consideration in this matter, I remain

Respectfully yours,

JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS, P.C.

*Francisco J. Rodriguez*

Francisco J. Rodriguez

FJR/

cc:   Malinda Miller, Esq. via ECF

**ORDERED that Defendants' Motion to Dismiss is stayed pending the Court's decision on Plaintiff's Motion to Remand; the Motion to Dismiss is ADMINISTRATIVELY TERMINATED, and it shall re-listed if Plaintiff's Motion to Remand is denied; and it is further**

**ORDERED that should the Motion to Remand be denied, the Court will re-list the Motion to Dismiss and set a new briefing schedule.**

**Dated: 9/2/22022**

**/s/ Freda L. Wolfson**
**Hon. Freda L. Wolfson**
**Chief Judge**